# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

**PAUL RAYMOND GREEN**

**CRIMINAL COMPLAINT**

CASE NUMBER: 09-248 CBD

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

Beginning at least in April 2007 and continuing through in or about May 2007, in the State and District of Maryland and elsewhere, the defendant **PAUL RAYMOND GREEN**, together with others known and unknown, did conspire and agree to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 1591(a)(1) and (2), that is, sex trafficking of children and sex trafficking by force, fraud and coercion, and did an act to effect the object of the conspiracy, in violation of Title 18, United States Code, Section 371.

I further state that I am employed as a Special Agent for the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

continued on the attached sheet and made a part hereof.

Special Agent Tracey Burdette
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
on this 28th day of January, 2009
in Greenbelt, Maryland

HONORABLE Charles B. Day
United States Magistrate Judge

Signature of Judicial Officer