sam: 2009R00336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. AW 09 CR 0230 |
| | : | (Conspiracy to Commit Sex Trafficking of |
| PAUL RAYMOND GREEN, | : | a Minor, 18 U.S.C. § 371) |
| Defendant. | : | |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

Beginning at least in April 2007 and continuing through in or about May 2007, in the State and District of Maryland and elsewhere, the defendant,

**PAUL RAYMOND GREEN,**

together with others, known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, combine, conspire, confederate and agree to commit an offense against the United States, namely, to recruit, entice, harbor, transport, provide and obtain by any means persons, namely MP, ST and IL, and benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud, and coercion would be used to cause MP, ST and IL to engage in a commercial sex act, and knowing that MP, ST and IL had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did an act to effect the object of the conspiracy, all in violation of Title 18, United States Code, Section 1591(a).

18 U.S.C. § 371

4/27/09
Date

Rod J. Rosenstein
United States Attorney