Paul Green
Fed.No. 50518-037
USP Allenwood
P.O. Box 3000
White Deer, Pa., 17887

April 7, 2010

Clerk Of The Court
United States District Court
District of Maryland
Greenbelt, MD  20770

FILED _____ ENTERED
_____ LODGED _____

APR 15 2010

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY_____

InRe:  United States vs Paul Green
       Case No. AW-8-09-CR-0230

Dear Clerk,

   The purpose of this letter is two-fold; (1) I respectfully request a copy of my Plea Colloquy and my Sentencing Hearing in the above referenced case; (2) I declare that I am indigent and can not afford to pay for these copies. Further, I have attempted to obtain these copies, free of charge, from my defense attorney Mr. Edward C. Sussman, Esquire, but I have had no success making these inquiries.

   I respectfully request that your office provide this material to me. If not possible, I request that your office provide me with the proper procedure to follow in order to obtain them.

                                             Thank You,

                                             Paul Green

                                             *[signature]*