CHAMBERS OF
ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE

April 16, 2010

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0637
FAX (301) 344-0672

MEMO TO THE PARTIES:

FILED ____ ENTERED
____ RECEIVED

APR 2 0 2010

United States of America
v.
Paul Green, Jr.
(AW-09-0230)

GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

    Before the Court is a Motion for Plea Colloquy and Sentencing Hearing by Defendant. The Motion will be denied as Defendant has not presented a sufficient [nor any] reason for the court to order preparation of these two documents. Accordingly, the Motion (paper #27) Hereby IS DENIED.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

Alexander Williams, Jr.
United States District Judge

cc: Court File

